No. 88–5439. IKENI v. CALIFORNIA SUPERIOR COURT OF FRESNO COUNTY ET AL. Appeal from Ct. App. Cal., 5th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5464. BULLER ET AL. v. HURLEY STATE BANK. Appeal from Sup. Ct. S. D. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–381. GEEVER ET UX. v. ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 87–1467. EXXON CO., U. S. A. v. BANQUE DE PARIS ET DES PAYS-BAS. C. A. 5th Cir. [Certiorari granted, 485 U. S. 1020.] Judgment vacated and case remanded for further consideration in light of Kerr Construction Co. v. Plains National Bank, 753 S. W. 2d 181 (Tex. App. 1987).

No. 88–28. ONWUASOANYA v. UNITED STATES. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded to the Court of Appeals with instructions to dismiss the proceedings arising out of petitioner's Rule 41(3) motion as moot. United States v. Munsingwear, Inc., 340 U. S. 36, 38–39 (1950).

No. 88–41. BOARD OF GOVERNORS OF STATE COLLEGES AND UNIVERSITIES ET AL. v. AKINS ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Torres v. Oakland Scavenger Co., 487 U. S. 312 (1988).